IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DARRELL E. FOGARTY,** | ) | CASE NO. 7:11CV00541 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| **F.M.C. LEXINGTON,** | ) | By:  Hon. Glen E. Conrad |
| | ) |      Chief United States District Judge |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and this action is stricken from the active docket of the court.

**ENTER**:  This 23rd day of November, 2011.


                                         /s/  Glen E. Conrad
                                       Chief United States District Judge